Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                      Case No.:  17−15973−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Domingo B. Cabrera
    aka Domingo B Cabrera−Andeliz
    308 Atlantic Ave
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−7507

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                January 17, 2020
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*37* – Certification in Opposition to Trustee Certification of Default (related document:36 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/24/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Thomas G. Egner on behalf of Domingo B. Cabrera. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: December 26, 2019
JAN: jpl

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Domingo B. Cabrera  
     Debtor

Case No. 17-15973-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2019  
                        Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db         +Domingo B. Cabrera,    308 Atlantic Ave,    Bridgeton, NJ 08302-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:

         Brian C. Nicholas    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Thomas G. Egner    on behalf of Debtor Domingo B. Cabrera tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                 TOTAL: 5