Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  17−15973−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Domingo B. Cabrera
    aka Domingo B Cabrera−Andeliz
    308 Atlantic Ave
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−7507

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on April 12, 2018.

    On January 13, 2021, the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 February 24, 2021
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 14, 2021
JAN: jpl

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 17-15973-ABA
Domingo B. Cabrera                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 3
Date Rcvd: Jan 14, 2021          Form ID: 185          Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Domingo B. Cabrera, 308 Atlantic Ave, Bridgeton, NJ 08302-2523 |
| 516726038 | + | A.D Peterson Enterprises, Inc., Po Box 238, Bridgeton, NJ 08302-0180 |
| 516726039 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 516726041 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516878574 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516726043 | + | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516726044 | + | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516726046 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516726047 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516936605 | +++ | FC Marketplace, LLC, c/o Becket & Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 516726048 | + | Fc Marketplace, LLC, SME Fund FBO Account, PO Box 398438, San Francisco, CA 94139-8438 |
| 516726054 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517147829 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516769981 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516726058 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 517197457 | #+ | USDA - Food and Nutrition Service, 3101 Park Center, 4th Floor, Alexanderia, VA 22302-1500 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2021 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2021 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516726042 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 22:11:11 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516890178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2021 21:11:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516740529 | | Email/Text: mrdiscen@discover.com | Jan 14 2021 21:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516726045 | + | Email/Text: mrdiscen@discover.com | Jan 14 2021 21:10:00 | Discover Financial, Po Box 3025, New Albany, |

Case 17-15973-ABA   Doc 51   Filed 01/16/21   Entered 01/17/21 00:17:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 185 | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 516726050 | | Email/Text: headwaybnc@enova.com | Jan 14 2021 21:10:00 | Headway Capital, LLC, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 516726051 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2021 21:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518662128 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 22:10:39 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518662129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 22:10:38 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, LVNV Funding LLC 29603-0587 |
| 516905031 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2021 22:10:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516903987 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 14 2021 21:11:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516726052 | + | Email/Text: bankruptcy@ondeck.com | Jan 14 2021 21:12:00 | On Deck Capital, 1400 Broadway, New York, NY 10018-5300 |
| 516964380 | + | Email/Text: bankruptcy@ondeck.com | Jan 14 2021 21:12:00 | On Deck Capital Inc, 101 West Colfax Ave 9th FL, Denver CO 80202-5167 |
| 516962103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 22:11:54 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516962381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2021 22:11:15 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516726053 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:47 | PayPal Credit, Attn: Bankruptcy Dept., PO Box 5138, Timonium, MD 21094-5138 |
| 518137325 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 21:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518137324 | + | Email/Text: bncmail@w-legal.com | Jan 14 2021 21:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516726055 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:47 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 516729388 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516726056 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2021 22:11:48 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516726057 | | Email/Text: bankruptcy@td.com | Jan 14 2021 21:11:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516726049 | | Gsi Recovery Llc |
| 516726040 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 14, 2021 | Form ID: 185 | Total Noticed: 39

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Domingo B. Cabrera tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5