Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−15973−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Domingo B. Cabrera
   aka Domingo B Cabrera−Andeliz
   308 Atlantic Ave
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−7507

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 28, 2021.

Dated: April 28, 2021
JAN: har

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Domingo B. Cabrera  
    Debtor

Case No. 17-15973-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2021      Form ID: plncf13      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Domingo B. Cabrera, 308 Atlantic Ave, Bridgeton, NJ 08302-2523 |
| 516726038 | + | A.D Peterson Enterprises, Inc., Po Box 238, Bridgeton, NJ 08302-0180 |
| 516726039 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 516726041 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516878574 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516726046 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516726047 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516936605 | +++ | FC Marketplace, LLC, c/o Becket & Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 516726048 | + | Fc Marketplace, LLC, SME Fund FBO Account, PO Box 398438, San Francisco, CA 94139-8438 |
| 516726054 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517147829 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516769981 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516726058 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516726042 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 28 2021 21:22:52 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516726043 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:23:53 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516726044 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2021 21:23:53 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516890178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2021 21:05:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516740529 | | Email/Text: mrdiscen@discover.com | Apr 28 2021 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516726045 | + | Email/Text: mrdiscen@discover.com | | |

Case 17-15973-ABA    Doc 61    Filed 04/30/21    Entered 05/01/21 00:21:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 28, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 28 2021 21:04:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516726050 | | Email/Text: headwaybnc@enova.com | Apr 28 2021 21:04:00 | Headway Capital, LLC, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 516726051 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 21:04:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518662128 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518662129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:22:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, LVNV Funding LLC 29603-0587 |
| 516905031 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2021 21:23:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516903987 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2021 21:05:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516726052 | + | Email/Text: bankruptcy@ondeck.com | Apr 28 2021 21:06:00 | On Deck Capital, 1400 Broadway, New York, NY 10018-5300 |
| 516964380 | + | Email/Text: bankruptcy@ondeck.com | Apr 28 2021 21:06:00 | On Deck Capital Inc, 101 West Colfax Ave 9th FL, Denver CO 80202-5167 |
| 516962103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:22:55 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516962381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2021 21:22:55 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516726053 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:23:45 | PayPal Credit, Attn: Bankruptcy Dept., PO Box 5138, Timonium, MD 21094-5138 |
| 518137325 | + | Email/Text: bncmail@w-legal.com | Apr 28 2021 21:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518137324 | + | Email/Text: bncmail@w-legal.com | Apr 28 2021 21:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516726055 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:22:48 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 516729388 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:22:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516726056 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2021 21:22:48 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516726057 | | Email/Text: bankruptcy@td.com | Apr 28 2021 21:05:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516726049 | | Gsi Recovery Llc |
| 516726040 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 517197457 | ##+ | USDA - Food and Nutrition Service, 3101 Park Center, 4th Floor, Alexandria, VA 22302-1500 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 28, 2021 | Form ID: plncf13 | Total Noticed: 38

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2021         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

**Name** — **Email Address**

Brian C. Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Thomas G. Egner
on behalf of Debtor Domingo B. Cabrera tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5