Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                        Case No.:  17−15973−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Domingo B. Cabrera
    aka Domingo B Cabrera−Andeliz
    308 Atlantic Ave
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−7507

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/17/23 at 09:00 AM

to consider and act upon the following:

*67* − Certification in Opposition to Trustee Certification of Default (related document:66 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 02/15/2023. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) filed by Trustee Isabel C. Balboa) filed by Thomas G. Egner on behalf of Domingo B. Cabrera. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 2/2/23

                                                       Jeanne Naughton
                                                       Clerk, U.S. Bankruptcy Court