UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Domingo B. Cabrera**

Case No.: **17-15973**

Adversary No.:

Chapter: **13**

Judge: **ABA**

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Domingo B. Cabrera**, debtor
(Example: John Smith, creditor)

Old address: 308 Atlantic Avenue
Bridgeton NJ  08302

New address: 35 S Myrtle Street
Vineland NJ  08360

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **March 12, 2024**          /s/ **Domingo B. Cabrera**
                                  Signature

*rev. 8/1/2021*