**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Domingo B. Cabrera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7507<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–15973–ABA | | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Domingo B. Cabrera
> aka Domingo B Cabrera-Andeliz

<u>4/2/24</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-15973-ABA
Domingo B. Cabrera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Apr 02, 2024      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Domingo B. Cabrera, 35 S Myrtle Street, Vineland, NJ 08360-4809 |
| cr | + | SMS Financial AFC, LLC, 3707 East Shea Blvd, Suite 100, Phoenix, AZ 85028-3453 |
| 516726038 | + | A.D Peterson Enterprises, Inc., Po Box 238, Bridgeton, NJ 08302-0180 |
| 516936605 | +++ | FC Marketplace, LLC, c/o Becket & Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 516726048 | + | Fc Marketplace, LLC, SME Fund FBO Account, PO Box 398438, San Francisco, CA 94139-8438 |
| 519798113 | + | SMS FINANCIAL AFC, LLC, 3707 EAST SHEA BLVD., SUITE 100, PHOENIX, ARIZONA 85028-3453 |
| 516729388 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517197457 | | USDA - Food and Nutrition Service, 3101 Park Center, 4th Floor, Alexandria, VA 22302 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516726039 | ^ | MEBN | Apr 02 2024 20:48:07 | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 516726041 | | EDI: BANKAMER | Apr 03 2024 00:37:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 516726040 | + | EDI: BANKAMER | Apr 03 2024 00:37:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516878574 | + | EDI: BANKAMER2 | Apr 03 2024 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516726042 | + | EDI: CAPITALONE.COM | Apr 03 2024 00:37:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516726043 | + | EDI: CITICORP | Apr 03 2024 00:37:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516726044 | + | EDI: CITICORP | Apr 03 2024 00:37:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516890178 | + | EDI: WFNNB.COM | Apr 03 2024 00:37:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516740529 | | EDI: DISCOVER | Apr 03 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 516726045 | + | EDI: DISCOVER | Apr 03 2024 00:37:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516726046 | | Email/Text: bankruptcycourts@equifax.com | Apr 02 2024 20:48:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 516726047 | ^ | MEBN | Apr 02 2024 20:46:40 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516726050 | | Email/Text: headwaybnc@enova.com | Apr 02 2024 20:47:00 | Headway Capital, LLC, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604 |
| 516726051 | + | EDI: IRS.COM | Apr 03 2024 00:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518662128 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 20:59:38 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518662129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 21:10:46 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, LVNV Funding LLC 29603-0587 |
| 516905031 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2024 20:59:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516903987 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 02 2024 20:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516726052 | + | Email/Text: bankruptcy@ondeck.com | Apr 02 2024 20:48:00 | On Deck Capital, 1400 Broadway, New York, NY 10018-5300 |
| 516964380 | + | Email/Text: bankruptcy@ondeck.com | Apr 02 2024 20:48:00 | On Deck Capital Inc, 101 West Colfax Ave 9th FL, Denver CO 80202-5183 |
| 516962103 | | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516962381 | | EDI: PRA.COM | Apr 03 2024 00:37:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516726053 | + | EDI: SYNC | Apr 03 2024 00:37:00 | PayPal Credit, Attn: Bankruptcy Dept., PO Box 5138, Timonium, MD 21094-5138 |
| 516726054 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 02 2024 20:47:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518137325 | + | Email/Text: bncmail@w-legal.com | Apr 02 2024 20:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518137324 | + | Email/Text: bncmail@w-legal.com | Apr 02 2024 20:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516726055 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 516726056 | + | EDI: SYNC | Apr 03 2024 00:37:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516726057 | | EDI: TDBANKNORTH.COM | Apr 03 2024 00:37:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 516769981 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 02 2024 20:47:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517147829 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 21:10:38 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516726058 | ^ | MEBN | | |

| | | |
|---|---|---|
| | Apr 02 2024 20:47:16 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516726049 | | Gsi Recovery Llc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Domingo B. Cabrera tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5